1   JEAN-PAUL MENARD (SBN 116007)
    McKENNA LONG & ALDRIDGE LLP
2   444 South Flower Street, Suite 800
    Los Angeles, CA  90071-2901
3   Telephone:    (213) 688-1000
    Facsimile:    (213) 243-6330
4

5   Attorney for Defendants
    LaSalle Bank National Association, and
6   GMAC Commercial Mortgage Corporation

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   NEW WEST PETROLEUM, LLC, a California limited liability company; NEW WEST PETROLEUM, a California corporation; NEW WEST PETROLEUM S.D.1, INC., a California corporation; NEW WEST PETROLEUM S.D.2, INC.; JAMES GILBERT MOORE, an individual; and EILEEN MOORE, an individual,<br><br>            Plaintiffs,<br><br>   vs.<br><br>ENTERPRISE MORTGAGE ACCEPTANCE COMPANY, LLC, a Delaware limited liability company; EMAC-2, LLC, a Delaware limited liability company; KOCH INDUSTRIES, INC., a Kansas corporation; LASALLE BANK NATIONAL ASSOCIATION, a national banking association; GMAC COMMERCIAL MORTGAGE CORPORATION, a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.  CIV.S–04-0130 FCD (KJM)<br><br>**FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND ORDER THEREON**<br><br>[Local Rule 83-141; and FRCP 6 (b)] |

25   / / /

26   / / /

27   / / /

28   / / /

1  IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective attorneys of record, that Defendants LaSalle Bank National Association; GMAC Commercial Mortgage Corporation; Enterprise Mortgage Acceptance Company, LLC; EMAC-2, LLC; and Koch Industries, Inc. (collectively "Defendants") have through and until July 29, 2005 to file an Answer, Motion or other responsive pleadings to Plaintiffs' Complaint.

The parties previously have entered into Stipulations to Extend Time to Respond to Complaint extending the time for filing responsive pleadings to Plaintiffs' Complaint through May 2, 2005.  The purpose of these extensions was to allow the parties an opportunity to explore potential settlement of this action before Defendants were required to file their responsive pleadings.  As stated in Plaintiffs' Complaint, this action involves a complex financing arrangement with loans totaling over $50,000,000.00 that are secured by more than 25 properties.  LaSalle Bank National Association and Plaintiffs have met in person on numerous occasions to explore the possibility of settlement.

The efforts by these parties over the last number of months in working toward a settlement have been fruitful.  Subject to certain approvals and the execution and delivery of appropriate documentation, the parties have agreed in principle to the terms of a proposed restructuring of the secured debt involved in this matter, and a settlement and dismissal of the action.  For this reason, the parties request a further extension for the Defendants to respond to the Complaint to July 29, 2005, in order to finalize a settlement in this matter.  All parties consent to the Stipulation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McKenna Long &
Aldridge LLP
Attorneys At Law

- 2 -

LA:17199505.1

| | | |
|---|---|---|
| 1 | Dated: April 26, 2005 | GREENBERG, FIELDS, & WHITECOMBE, LLP |
| 2 | | |
| 3 | | By: /S/ |
| 4 | | Mark C. Fields |
| 5 | | Attorney for Plaintiffs<br>New West Petroleum, LLC, et al. |
| 6 | | |
| 7 | Dated: April 26, 2005 | McKENNA LONG & ALDRIDGE LLP |
| 8 | | |
| 9 | | By: /S/ |
| 10 | | Jean-Paul Menard |
| 11 | | Attorney for Defendants<br>LaSalle Bank National Association, and |
| 12 | | GMAC Commercial Mortgage Corporation |
| 13 | | |
| 14 | Dated: April 26, 2005 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 15 | | |
| 16 | | By: /S/ |
| 17 | | Jeffrey McKenna |
| 18 | | Attorney for Defendant<br>Koch Industries, Inc. |
| 19 | | |
| 20 | | |
| 21 | Dated: April 26, 2005 | FULBRIGHT & JAWORSKI LLP |
| 22 | | |
| 23 | | By: /S/ |
| 24 | | Robert E. Darby |
| 25 | | Attorney for Defendants<br>EMAC-2, LLC, and<br>Enterprise Mortgage Acceptance Company, LLC |
| 26 | | |
| 27 | / / / | |
| 28 | / / / | |

1  Based upon the Stipulation of the parties set forth above, and good cause being shown,

2  IT IS HEREBY ORDERED that Defendants shall file their responsive pleadings to

3  Plaintiffs' Complaint on or before July 29, 2005.

DATED: April 29, 2005  /s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
US DISTRICT JUDGE

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and a party to the within action; my business address is **444 South Flower Street, Los Angeles, California 90071**.

On April 28, 2005, I served the **FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND ORDER THEREON** on the interested parties in this action by placing the true copy/original thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

*SEE ATTACHED SERVICE LIST.*

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.

The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2005, at Los Angeles, California.

*/S/*
Signature

*Eartha M. Guzman*
Print Name

## SERVICE LIST

*New West Petroleum, LLC, etc, et al. v. Enterprise Mortgage Acceptance Company, LLC, et al.*
*Case No. CIV.S–04-0130 FCD (KJM)*

| | |
|---|---|
| Mark C. Fields, Esq.<br>GREENBERG, FIELDS,<br>  & WHITECOMBE, LLP<br>21515 Hawthorne Boulevard, Suite 450<br>Torrance, California 90503-6531<br>Telephone:   (310) 540-2000<br>Facsimile:    (310) 540-6609 | **Attorneys for Plaintiffs,**<br>**NEW WEST PETROLEUM, LLC, et al.** |
| Robert E. Darby, Esq.<br>FULBRIGHT & JAWORSKI LLP<br>865 S. Figueroa Street, Twenty-ninth Floor<br>Los Angeles, California 90017<br>Telephone:   (213) 892-9232<br>Facsimile:    (213) 680-4518 | **Attorney for Defendants,**<br>**ENTERPRISE MORTGAGE**<br>**ACCEPTANCE COMPANY, LLC; and**<br>**EMAC-2, LLC** |
| Jeffrey McKenna, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111<br>Telephone:   (415) 984-2662<br>Facsimile:    (888) 329-1838 | **Attorney for Defendant,**<br>**KOCH INDUSTRIES, INC.** |